UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN L. DAHN, )
        )
    Plaintiff, )
        )
v. ) No. 3:09-cv-184-JPG-PMF
        )
FIFTH THIRD BANK, )
        )
    Defendant. )

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: August 20, 2009**        **JUSTINE FLANAGAN, Acting Clerk**

        **s/Brenda K. Lowe, Deputy Clark**

**Approved:**   s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**